UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| CAROLINA BILBAENO,<br><br>          Plaintiff,<br>   v.<br><br>GE MONEY BANK, et al.,<br><br>          Defendants.<br>_____/ | No. C 12-1234 MEJ<br><br>**ORDER RE: STATUS** |

This matter is currently scheduled for a Case Management Conference on June 21, 2012. However, as there is no indication that any of the Defendants have been served, the Court VACATES the June 21 conference.  Plaintiff is ORDERED to file a case status report by June 26, 2012.

**IT IS SO ORDERED.**

Dated: June 12, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CAROLINA BILBAENO,

        Plaintiff,

v.

GE MONEY BANK et al,

        Defendant.

Case Number: CV12-01234 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carolina Bilbaeno
393 Barbara Lane
Daly City, CA 94015

Dated: June 12, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2