**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| CAROLINA BILBAENO,<br><br>  Plaintiff,<br>  v.<br>GE MONEY BANK, et al.,<br><br>  Defendants.<br>_____/ | No. C 12-1234 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On June 12, 2012, the Court vacated the case management conference in this matter and ordered Plaintiff to file a status report by June 26. Plaintiff has failed to respond. Accordingly, the Court hereby ORDERS Plaintiff Carolina Bilbaeno to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 23, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on September 6, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: August 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CAROLINA BILBAENO,

        Plaintiff(s),

  v.

GE MONEY BANK,

        Defendant(s).

No. C 12-01234 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carolina Bilbaeno
393 Barbara Lane
Daly City, CA 94015

Dated: August 6, 2012

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk

2