**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLINA BILBAENO,

    Plaintiff,

v.

GE MONEY BANK ET AL.,

    Defendants.
_____/

No. C 12-01234 CRB

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed Magistrate Judge James' Report and Recommendation regarding Plaintiff's failure to prosecute this action. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, the Court DISMISSES this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: October 1, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\1234\Order Adopting R&R.wpd