IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLINA BILBAENO,        No. C 12-01234 CRB

    Plaintiff,        **JUDGMENT**

  v.

GE MONEY BANK ET AL.,

    Defendants.

        The Court, having dismissed this case for lack of prosecution, enters judgment in favor of Defendants against Plaintiff.

    **IT IS SO ORDERED.**

Dated: October 1, 2012        CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\1234\Judgment.wpd